**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al*,<br><br>Reorganized Debtors. | Bankruptcy Case No. 22-10964-MG |
| Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors,<br><br>Plaintiff,<br><br>v.<br><br>MARK TETHER,<br><br>Defendant. | Adversary Proceeding No. 24-03389-mg |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
**IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, to:

| | |
|---|---|
| Address of Clerk: | Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | |
|---|---|
| Samuel P. Hershey<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Email: sam.hershey@whitecase.com | Marianna Udem<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>E-mail: mudem@askllp.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Date and Time: Not Applicable (Foreign Service) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: July 17, 2024

Vito Genna_____
*Clerk of the Bankruptcy Court*

By: /s/ Jonathan Ramos_____
*Deputy Clerk*